IN RE:  MEDICAL REVIEW PANEL PROCEEDINGS OF TRAVIS PORCHE (D); PCF FILE NO. 2021-00615

\*     NO. 2024-C-0792

\*     COURT OF APPEAL

\*     FOURTH CIRCUIT

\*     STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

KKH

**HERMAN, J., CONCURS IN RESULT**